UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY RIDDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number 07-1564 (RCL) |
| ) | |
| NOVARTIS PHARMACEUTICALS ) | |
| CORPORATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

This Court, having received the conditional transfer order from the Judicial Panel on Multidistrict Litigation ordering transfer of this case to the District Court for the Middle District of Tennessee, hereby vacates the meet and confer order [4] issued by this Court on October 3, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 10, 2007.